Richard E. Hall
ISB #1253; reh@hallfarley.com
Keely E. Duke
ISB #6044; ked@hallfarley.com
HALL, FARLEY, OBERRECHT & BLANTON, P.A.
702 West Idaho, Suite 700
Post Office Box 1271
Boise, Idaho  83701
Telephone:     (208) 395-8500
Facsimile:     (208) 395-8585
W:\3\3-415.1\PLEADINGS\Removal Notice-HFOB-Federal.doc

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ERIC STRICKHOLM<br><br>                Plaintiff,<br><br>vs.<br><br>THE EVANGELICAL LUTHERAN GOOD SAMARITAN SOCIETY d/b/a GOOD SAMARITAN SOCIETY – IDAHO FALLS VILLAGE, a corporation,<br><br>                Defendant. | Case No.<br><br>**NOTICE OF REMOVAL** |

Defendant The Evangelical Lutheran Good Samaritan Society, Inc. d/b/a Good Samaritan Society-Idaho Falls Village ("the Good Samaritan Society"), by counsel and pursuant to 28 U.S.C. § 1441(a), hereby files this Notice of Removal to the United States District Court for the District of Idaho, and states as follows:

NOTICE OF REMOVAL - 1

1.      On December 9, 2010, plaintiff filed a Complaint and Jury Demand Case No.: CV-10-7464 in the District Court for the Seventh Judicial District of the State of Idaho, in Bonneville County against Good Samaritan.  A copy of all process and pleadings that have been filed in the Seventh Judicial District, including plaintiff's Complaint and Jury Demand and Summons are attached to the DECLARATION OF KEELY E. DUKE IN SUPPORT OF NOTICE OF REMOVAL AND REMOVAL ACTION UNDER 28 U.S.C. § 1441(B)(DIVERSITY) OF DEFENDANT THE EVANGELICAL LUTHERAN GOOD SAMARITAN SOCIETY D/B/A GOOD SAMARITAN SOCIETY-IDAHO FALLS VILLAGE, A CORPORATION ("Ms. Duke Dec."), filed contemporaneously, as Exhibits A, B and C.

2.      This is a civil action arising out of plaintiff's mother's care and treatment while she was a resident at the Good Samaritan Society in Idaho Falls, Idaho.  Plaintiff alleges numerous claims against Good Samaritan including wrongful death arising from the care provided by the Good Samaritan Society.

3.      Upon information and belief, plaintiff is an Idaho resident. *See* Ms. Duke Dec., ¶ 3.

4.      The Good Samaritan Society is a not-for-profit North Dakota corporation with its principal place of business in Sioux Falls, South Dakota.  Good Samaritan is not a citizen of Idaho.  *See* Ms. Duke Dec., ¶ 4.

5.      The amount in controversy exceeds $75,000.00 exclusive of costs and interest.

6.      As such, this Court has original jurisdiction of this matter pursuant to 28 U.S.C. § 1332.

7. Good Samaritan was served with the Complaint on February 3, 2011. This Notice of Removal is filed within thirty (30) days after Good Samaritan received a copy of the Complaint and Demand for Jury Trial. *See* Ms. Duke Dec., ¶ 5.

8. The undersigned counsel will promptly give notice of the filing of this Notice of Removal to all parties and will also file a copy of this Notice of Removal with the Clerk of the Court of the District Court of the Seventh Judicial District of the State of Idaho, in and for the county of Bonneville.

WHEREFORE, the Good Samaritan respectfully removes this action from the District Court of the Seventh Judicial District of the State of Idaho, in and for the County of Bonneville to the United States District Court for the District of Idaho, pursuant to 28 U.S.C. § 1441.

DATED this 17th day of February, 2011.

        HALL, FARLEY, OBERRECHT &
          BLANTON, P.A.


By:\_\_/s/Keely E. Duke_____
    Keely E. Duke – Of the Firm
    Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of February, 2011, I caused to be served a true copy of the foregoing, by the method indicated below, and addressed to each of the following:

| | |
|---|---|
| Michael D. Gaffney<br>John M. Avondet<br>BEARD ST. CLAIR GAFFNEY PA<br>2105 Coronado Street<br>Idaho Falls, Idaho 83404-7495<br>Fax: (208) 529-9732 | ☐ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☒ Telecopy |

      /s/Keely E. Duke
Keely E. Duke