UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ERIC STRICKHOLM,<br><br>    Plaintiff,<br>v.<br><br>THE EVANGELICAL LUTHERAN<br>GOOD SAMARITAN SOCIETY d/b/a<br>GOOD SAMARITAN SOCIETY –<br>IDAHO FALLS VILLAGE, a corporation,<br><br>    DefendantS. | Case No. 4:11-cv-00059-BLW<br><br>**SPECIAL VERDICT FORM** |

We, the Jury, answer the special interrogatories as follows:

**Question No. 1:** Did Good Samaritan fail to meet the applicable standard of care for a skilled nursing facility when it treated Alma Strickholm in June and July of 2008?

**Answer to Question No. 1:** Yes [ ___ ] No [ X ]

If you answered "No" to Question No. 1, you are finished. Please sign the verdict form and tell the bailiff that you are done.

If you answered "Yes" to Question No. 1, please proceed to Question No. 2.

**Question No. 2:** Was Good Samaritan's failure to meet the standard of care the proximate cause of Alma Strickholm's death?

**Answer to Question No. 2:** Yes [ ___ ] No [ ___ ]

SPECIAL VERDICT FORM - 1

If you answered "No" to Question No. 2, you are finished. Please sign the verdict form and tell the bailiff that you are done.

If you answered "Yes" to Question No. 2, please proceed to Question No. 3.

**Question No. 3:** What is the total amount of damages sustained by Eric Strickholm?

**Answer to Question No. 3:** $ _____

DATED: March 8, 2013

_____
Jury Foreperson