AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
_____ District of Idaho _____

| | |
|---|---|
| Eric Strickholm <br> *Plaintiff* <br> v. <br> The Evangelical Lutheran Good Samaritan Society <br> *Defendant* | ) <br> ) <br> ) Civil Action No.  4:11-CV-00059-BLW <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate ____ % per annum, along with costs.

X   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*  Evangelical Lutheran Good Samaritan Society  recover costs from the plaintiff *(name)*  Eric Strickholm

☐ other: _____

This action was *(check one)*:

X   tried by a jury with Judge  B. Lynn Winmill  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:  Mar 13, 2013

CLERK OF COURT

*Jamie L. Gearhart*
Signature of Clerk or Deputy Clerk